# Court of Appeals
## Tenth Appellate District of Texas

10-25-00340-CV

In re Estella Varice Battieste

Original Proceeding

PER CURIAM OPINION OF THE COURT.

**MEMORANDUM OPINION**

Relator's Petition for Writ of Mandamus, filed on September 24, 2025, is denied. A challenge of the Order to Partition in Kind signed September 9, 2025, is not appropriate for mandamus relief. *Campbell v. Tufts*, 3 S.W.3d 256, 258-59 (Tex. App.—Waco 1999, no pet.) (partition order found to be final for purposes of appeal).

PER CURIAM

OPINION DELIVERED and FILED: October 2, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
OT06

